IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CV-170-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) SOLER-CORREA PERSONAL PROPERTY, ) SPECIFICALLY DESCRIBED AS: ) AN AA ARMS TECH-9 FIREARM, ) SN: 057285; A TECH-9 MAGAZINE; ) LUGER 9MM AMMUNITION (12 ROUNDS); ) A MAVERICK 12 GAUGE SHOTGUN, ) SN: MV55829E; WINCHESTER 12 GAUGE ) AMMUNITION (7 ROUNDS); A MARLIN .22 ) CALIBER RIFLE, SN: 00163647; ) REMINGTON .22 CALIBER AMMUNITION ) (10 ROUNDS); A RUGER .22 CALIBER ) RIFLE, SN: 257-18132; A ROMANIAN ) AK-47 RIFLE, SN: FE234274; A SLING ) FOR AK-47; 30 ROUND BANANA CLIP FOR ) AK-47; WOLF 7.62X39 AMMUNITION ) (19 ROUNDS); A RUGER 10 SHOT ) MAGAZINE; FEDERAL .22 AMMUNITION ) (3 ROUNDS); AK-47 10 ROUND MAGAZINE;) R&P .38 CALIBER AMMUNITION ) (5 ROUNDS); A BAG WITH 15 ASSORTED ) ROUNDS AMMUNITION; A BAG WITH 68 ) ASSORTED ROUNDS AMMUNITION; ) 7.62X39 AMMUNITION (13 ROUNDS); ) TWENTY-FOUR (24) ASSORTED 12 GAUGE ) SHOTGUN ROUNDS AMMUNITION; A BOX ) WITH 68 CCI .22 CALIBER ROUNDS ) AMMUNITION; A BOX WITH 25 WINCHESTER) .38 ROUNDS AMMUNITION; A BOX WITH 50) INDEPENDENCE .380 CALIBER ROUNDS ) AMMUNITION, ) ) Defendants. ) | **DEFAULT** |

Upon motion and proper showing by the attorney for the

plaintiff, the United States of America, default is hereby

entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 3rd day of March, 2011.

DENNIS P. IAVARONE
Clerk

BY: _____
Clerk
United States District Court