IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CV-170-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **DEFAULT JUDGMENT** |
| v. | ) |
| | ) |
| SOLER-CORREA PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| AN AA ARMS TECH-9 FIREARM, | ) |
| SN: 057285; A TECH-9 MAGAZINE; | ) |
| LUGER 9MM AMMUNITION (12 ROUNDS); | ) |
| A MAVERICK 12 GAUGE SHOTGUN, | ) |
| SN: MV55829E; WINCHESTER 12 GAUGE | ) |
| AMMUNITION (7 ROUNDS); A MARLIN .22 | ) |
| CALIBER RIFLE, SN: 00163647; | ) |
| REMINGTON .22 CALIBER AMMUNITION | ) |
| (10 ROUNDS); A RUGER .22 CALIBER | ) |
| RIFLE, SN: 257-18132; A ROMANIAN | ) |
| AK-47 RIFLE, SN: FE234274; A SLING | ) |
| FOR AK-47; 30 ROUND BANANA CLIP FOR | ) |
| AK-47; WOLF 7.62X39 AMMUNITION | ) |
| (19 ROUNDS); A RUGER 10 SHOT | ) |
| MAGAZINE; FEDERAL .22 AMMUNITION | ) |
| (3 ROUNDS); AK-47 10 ROUND MAGAZINE; | ) |
| R&P .38 CALIBER AMMUNITION | ) |
| (5 ROUNDS); A BAG WITH 15 ASSORTED | ) |
| ROUNDS AMMUNITION; A BAG WITH 68 | ) |
| ASSORTED ROUNDS AMMUNITION; | ) |
| 7.62X39 AMMUNITION (13 ROUNDS); | ) |
| TWENTY-FOUR (24) ASSORTED 12 GAUGE | ) |
| SHOTGUN ROUNDS AMMUNITION; A BOX | ) |
| WITH 68 CCI .22 CALIBER ROUNDS | ) |
| AMMUNITION; A BOX WITH 25 WINCHESTER | ) |
| .38 ROUNDS AMMUNITION; A BOX WITH 50 | ) |
| INDEPENDENCE .380 CALIBER ROUNDS | ) |
| AMMUNITION, | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner of the defendants and

that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the United States Department of Homeland Security pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The United States Department of Homeland Security is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this 6 day of March, 2011.

                                  LOUISE W. FLANAGAN  
                                  CHIEF UNITED STATES DISTRICT JUDGE